**No. 10-5693. James Riva and Nate Ahmad, Petitioners v. Mary Elizabeth Heffernan, Massachusetts Secretary of Public Safety.**

563 U.S. 962, 131 S. Ct. 2175, 179 L. Ed. 2d 938, 2011 U.S. LEXIS 3302.

April 25, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 76 Mass. App. 1104, 918 N.E.2d 882.

**No. 10-8077. Edward Pinchon, Petitioner v. Kevin Myers, Warden.**

563 U.S. 962, 131 S. Ct. 2151, 179 L. Ed. 2d 938, 2011 U.S. LEXIS 3361.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 615 F.3d 631.

**No. 10-8228. Linda Tucker, James Tucker, Jeffrey Tucker, and George Konik, Petitioners v. City of Los Angeles, California.**

563 U.S. 962, 131 S. Ct. 2151, 179 L. Ed. 2d 938, 2011 U.S. LEXIS 3269.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 202.

**No. 10-8514. Troy Smith, Petitioner v. United States.**

563 U.S. 962, 131 S. Ct. 2151, 179 L. Ed. 2d 938, 2011 U.S. LEXIS 3355.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 400 Fed. Appx. 96.

**No. 10-8538. Robert Sparks, Petitioner v. Texas.**

563 U.S. 962, 131 S. Ct. 2152, 179 L. Ed. 2d 938, 2011 U.S. LEXIS 3351.

April 25, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-8625. Rogelio Vela, Jr., Petitioner v. United States.**

563 U.S. 962, 131 S. Ct. 2152, 179 L. Ed. 2d 938, 2011 U.S. LEXIS 3350.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 624 F.3d 1148.

**No. 10-9058. Bennie K. Ellison, Petitioner v. Thomas Dart, Sheriff, Cook County, Illinois, et al.**

563 U.S. 962, 131 S. Ct. 2152, 179 L. Ed. 2d 938, 2011 U.S. LEXIS 3363,

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9083. Cynthia Cenarice Thornton, Petitioner v. Virginia.**

563 U.S. 962, 131 S. Ct. 2153, 179 L. Ed. 2d 938, 2011 U.S. LEXIS 3358,

April 25, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.